UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kathleen Scsannell</u>

      v.         Civil No. 06-cv-227-JD

<u>Sears, Roebuck & Company</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #27, Notice of Voluntary Dismissal, filed by Plaintiff

DATE FILED:  March 28, 2007

The document above fails to comply with:

Fed. R. Civ. P. 41  Stipulation is not signed by all parties to the action

It is herewith ordered that the document is stricken and must be refiled.

SO ORDERED.

March 30, 2007         /s/ Joseph A. DiClerico, Jr.
               Joseph A. DiClerico, Jr.
               District Judge

cc: Kenneth Barnes, Esq.
   David Jaffe, Esq.
   Michael Mankes, Esq.
   Timothy Harrington, Esq.